LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
(559) 825-4600 – office
(559) 272-8411 – fax
michael@legalaed.com

Attorney for Defendant

UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BRIDGETTE MURPHY,<br><br>Defendant. | CASE NO: 1:25 CR 00132<br><br>STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |

**STIPULATION TO CONTINUE SENTENCING**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By prior order of the Court, this matter is set for sentencing on September 28, 2026, in front of Hon. J. Thurston.
2. By this stipulation, the defendant now moves to continue the sentencing hearing until December 14, 2026.
    a. The parties agree and stipulate, and request that the Court find the following:
        i. This is a complex multi-codefendant matter.

ii. Counsel for the defendant desires additional time to advise the defendant regarding her rights and obligations and prepare for sentencing.

iii. Counsel for the defendant was engaged in a life top sexual assault trial from July 27, 2026 to August 26, 2026 (Fresno County case F26900874). The draft PSR was filed on or about August 14, 2026. Defense counsel was not able to meet with Ms. Murphy until September 2, 2026 to review the report and recommendation.

iv. Defense counsel has been preparing for a no time waived preliminary hearing on a special circumstance homicide case wherein the People have declared the intention of seeking the death penalty (Fresno County Superior Court case F26900878). The matter was previously litigated at the 5th District Court of appeal wherein the court of appeal granted writ relief which resulted in the original case being dismissed and refiled. That matter was originally scheduled to proceed to preliminary hearing on September 8, 2026 in Department 72 of the Fresno County Superior Court. On September 1, 2026, the parties agreed to reset that matter for preliminary examination on October 14, 2026 due to the prosecutor on that case being involved an incident wherein he/she was the victim of a crime.

v. Defense counsel has not been available to schedule a safety valve interview with Ms. Murphy.

vi. Defense counsel has recently become aware that Ms. Murphy is a witness/victim in a pending sexual assault case in the Fresno County Superior Court that is scheduled for hearing on September 23, 2026.

vii. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, considering the exercise of due diligence.

b. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: September 3, 2026

Respectfully submitted,

*/s/ Robert Veneman Hughes*

Robert Veneman Hughes
*AUSA*

Dated: September 3, 2026

Respectfully submitted,

*/s/ Michael J. Aed*

Michael J. Aed
*Attorney for Defendant*

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: September 3, 2026

UNITED STATES DISTRICT JUDGE